Def

COURTESY COPY

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------
PREMIUM SPORTS INC.,

                      Plaintiff,

-against-

CARLOS VALENTE, Individually, and as officer, director, shareholder, and/or principal of RIO DOURO ITALIAN BISTRO INC., d/b/a RIO DOURO BISTRO BAR & RESTAURANT,

and

RIO DOURO ITALIAN BISTRO INC., d/b/a RIO DOURO BISTRO BAR & RESTAURANT,

                      Defendants.
---------------------------------------------------------

**NOTICE OF VOLUNTARY DISMISSAL**

Civil Action No. 2:17-CV-02333-LDW-GRB

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 09 2017 ★

LONG ISLAND OFFICE

PREMIUM SPORTS INC., Plaintiff in the above entitled action, having compromised this action and no party herein being an infant or incompetent for whom a committee has been appointed and there being no person not a party who has any interest in the subject matter of said action, hereby notifies the Court of the settlement of the above titled action and hereby dismisses this action with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: May 5, 2017

**PREMIUM SPORTS INC.**

By: /s/Christopher J. Hufnagel
CHRISTOPHER J. HUFNAGEL, ESQ.
(NY #4983417)
LONSTEIN LAW OFFICE, P.C.
80 North Main Street, P.O. Box 351
Ellenville, New York   12428
Telephone: (845)647-8500
Facsimile: (845)647-6277
Email: Legal@signallaw.com
*Our File No. PSI16-11NY-01*

### CERTIFICATE OF SERVICE

Your deponent hereby certifies that a true copy of the foregoing document was served via U.S. Postal Service on May 5, 2017 upon the following:

CARLOS VALENTE
338 Woodland Court
Coram, NY 11727

RIO DOURO ITALIAN BISTRO INC., d/b/a RIO DOURO BISTRO BAR & RESTAURANT
800 Horseblock Road
Farmingville, NY 11738

By: /s/Christopher J. Hufnagel
CHRISTOPHER J. HUFNAGEL, ESQ.

SO ORDERED

s/ Leonard D. Wexler

USDJ
Central Islip, NY
5/9/17

-2-